IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| **DAVID COE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | 1:05CV00423 |
| | ) | |
| **AMERICAN BANKER'S INSURANCE** | ) | |
| **COMPANY OF FLORIDA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### J-U-D-G-M-E-N-T

On May 17, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were received by the court within the time prescribed by the statute.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's complaint [Pleading No. 3] be, and the same hereby is, **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B) and Plaintiff's request for appointment of counsel is **DENIED**.

United States District Judge

Date: June 24th, 2005